Treva PRESTON, et al., Respondent,

v.

## WESTERN MISSOURI MENTAL HEALTH CENTER, Appellant.

No. WD 61824.

Missouri Court of Appeals, Western District.

June 30, 2003.

Rehearing Denied Sept. 2, 2003.

Susan Kaye Glass, Jefferson City, MO, for Appellant.

Leland F. Dempsey, Kansas City, MO, for Respondent.

Before HOWARD, P.J., ULRICH and HARDWICK, JJ.

## *ORDER*

PER CURIAM.

Western Missouri Mental Health Center appeals from the Circuit Court's judgment ordering the production of medical records to the surviving children of a deceased patient. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).